UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LETASHA MYATT, on behalf of herself and others similarly situated, )<br>)<br>PLAINTIFF )<br>VS. )<br>)<br>ALLEN COUNTY SHERIFF KENNETH FRIES (in his official capacity), )<br>)<br>DEFENDANT ) | Case Number: 1:10-cv-064-TLS |

## DEFENDANT'S PROPOSED VERDICT FORM

### VERDICT FOR PLAINTIFF CLASS MEMBERS WHO TESTIFY

| Plaintiff/Class Member | Number of Hours Over Detained | | Amount of Damages |
|---|---|---|---|
| LeTasha Myatt | 18 | | |
| William Gerber | 8 | | |
| Brittany L. Bright | 7 | | |
| Kerry Whitson | 11 | | |
| Anthony W. McGee | 13 | | |
| Ronald Collins | 15 | 34 | |
| Jamie Denuyl | 9 | | |
| Louis Lawson | 34 | | |
| Jeffery Saylor | 17 | | |
| Donald Norman Maples | 46 | | |
| Akeem D. Boddie | 50 | | |

| Plaintiff/Class Member | Number of Hours Over Detained | Amount of Damages |
|---|---|---|
| Moses Blevins | 46 | |
| James L. Saylor | 44 | |
| Gary Burt | 41 | |
| Joseph W. Rogers | 28 | |
| Trinity Stewart | 16 | |
| Daniel Shipley | 14 | |
| James Austion | 36 | |
| Lonnell Eggerson | 49 | |
| Sonya L. Rodriguez | 48 | |
| Wil Bates | 11 | |

| Plaintiff/Class Member | Number of Hours Over Detained | | Amount of Damages |
|---|---|---|---|
| Chad David Bienz | 8 | | |
| Jose Eduardo Viveros | 8 | | |
| Leroy Tramaine Simpson | 9 | | |
| Cherissa Marie Crutchfield | 8 | | |
| Donald Wayne Sawvel | 1 | | |
| Reginald Bernard Hicks | 7 | | |
| Eddie Dunlap | 11 | | |
| Alejandro Prado Navarrete | 11 | | |
| Jessica Rana Iacovacci | 6 | 4 | |
| Inacio Lorenzo Goncalves | 9 | | |
| San Maw | 14 | | |
| Lydia Gayle Carrizales | 14 | | |
| Kenneth Alan Dague | 19 | | |
| Luther Hardy | 21 | | |

| Plaintiff/Class Member | Number of Hours Over Detained | Amount of Damages |
|---|---|---|
| Christopher Brian Dawson | 29 | |
| Britteny Suzan Ladig | 29 | |
| Saman Jeihooni | 41 | |
| Mechelle Lynn Freeman | 40 | |
| David Velazquez Gonzalez | 66 | |
| Latasha Nicole Nowlin | 57 | |

DATED: _____      _____
                                           FOREPERSON