UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LETASHA MYATT, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CAUSE NO.: 1:10-CV-64-TLS |
| DAVID J. GLADIEUX, SHERIFF OF ALLEN COUNTY, INDIANA, (in his official capacity), | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before the Court on the Defendant David J. Gladieux's Motion to Dismiss Plaintiff Jerry Walker's Special Damage Claim with Prejudice [ECF No. 216], filed on May 1, 2017. On April 27, 2017, the Court held a telephonic status conference. Pro se Claimant Jerry Walker was contacted by telephone at the time of the conference. Mr. Walker advised the Court that he did not wish to participate in the conference or continue any further as a claimant. Because Mr. Walker does not wish to prosecute his claim, it is dismissed with prejudice.

Accordingly, the Court **GRANTS** the Defendant's Motion to Dismiss Plaintiff Jerry Walker's Special Damage Claim With Prejudice, pursuant to Federal Rule of Civil Procedure 41(b). There being no further matters before the Court, the Clerk of the Court is **DIRECTED** to close this case. Plaintiffs are **DIRECTED** to file an annual Status Report on or before April 27, 2018, as to the distribution of funds to remaining claimants.

SO ORDERED on June 22, 2017.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT