UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| LETASHA MYATT, on behalf of herself others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:10-CV-64-TLS |
| ALLEN COUNTY SHERIFF KEN FRIES (in his official capacity), | ) ) ) | |
| Defendant. | ) | |

## PARTIES' JOINT REPORT TO COURT

The Plaintiff by Class Counsel, and Defendant by Counsel, respectfully submit the following joint status report to the Court addressing the distribution of general damage award payments to Class Members in the above lawsuit:

1. The Class consists of 962 class members, that were over-detained in the Allen County Jail.

2. To date, 501 payments have been issued and cashed, addressing class members' general damages claims for over-detentions. (Class members with multiple incidents of applicable over-detentions were typically issued a single general damages check to address their general damages claims).

    a. Please See Attached Ex. A, Chart of Cleared Checks, which lists the 427 general damages checks sent to the class members who received and cashed the initial checks sent to them;

    b. To date 74 additional class members were sent general damage award checks, that were later voided and reissued and then cashed. Please see attached

1

   Ex. B, Chart of Reissued Checks.

3. Of the remaining class members, 105 had their general damages award checks issued to the State of Indiana due to court ordered garnishments.

4. A total of 356 general damages checks remain to be served.

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

/s/ Ilene M. Smith
Christopher C. Myers (I.D. #10043-02)
Ilene M. Smith (I.D. # 22818-02)
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby swears and affirms that a true and correct copy of the above was deposited in the United States Mail, sent via ECF, or by some other method approved by this Court, on this 3rd day of May 2018, to the following:

John O. Feighner
J. Spencer Feighner
Haller & Colvin, P.C.
444 E. Main Street
Fort Wayne, IN  46802-1910

/s/ Ilene M. Smith
Ilene M. Smith

IMS/js 5/3/18