MYATT VS SHERIFF SETTLEMENT CLEARED CHECKS

| Ck # | Total | Vendor Name |
|---|---|---|
| 665845 | $ 360.00 | ANTRON DAWAYNE ELLIS |
| 665846 | $ 360.00 | CASSANDRA SUE AXSON |
| 665847 | $ 360.00 | RONALD PERNELL JACKSON |
| 665849 | $ 840.00 | ROBERT ACE SAYLOR |
| 665850 | $ 360.00 | KATHERINE E BRUNE |
| 665861 | $ 360.00 | ESTATE OF MARCUS RASHAD BERRY |
| 665864 | $ 200.00 | ESTATE OF WILLIAM HENRY JACOBS |
| 665868 | $ 200.00 | ESTATE OF STEVEN MICHAEL NULL |
| 665872 | $ 200.00 | DERRICK LAMONT BREWER |
| 665873 | $ 200.00 | MIRANDA DELORA WALTERS |
| 665876 | $ 200.00 | JAKINA MARYA CLAY |
| 665877 | $ 200.00 | TODD MICHAEL UNDERWOOD |
| 665879 | $ 200.00 | PRECIOUS UNIQUE NAKASEN |
| 665882 | $ 200.00 | MARSHALL ALAN HIGHLER |
| 665885 | $ 200.00 | FRANK RAMONE HERNANDEZ |
| 665887 | $ 200.00 | PAMELA ASHLEY LAKE |
| 665892 | $ 200.00 | SHAWN MICHAEL HARMON |
| 665893 | $ 200.00 | DESHAWN MARQUIS SPENCER |
| 665894 | $ 200.00 | ANDREW PATRICK WAGNER |
| 665896 | $ 200.00 | TOMMY LEE GREEN |
| 665897 | $ 200.00 | CHRISTOPHER JAMES DAVIS |
| 665900 | $ 200.00 | JACKSON DAMON COOPER |
| 665901 | $ 200.00 | ANDREW JAY LOMONT |
| 665902 | $ 200.00 | EDWARD ALLEN PAIGE |
| 665904 | $ 200.00 | CHAD DAVID BIENZ |
| 665905 | $ 200.00 | SANOYCE LAKELVIN CRAWFORD |
| 665906 | $ 200.00 | EDWARD BRUNO TULK |
| 665907 | $ 200.00 | SHAUGHN MICHAEL SLAIN |
| 665909 | $ 200.00 | JOSHUA RYAN KITSON |
| 665911 | $ 200.00 | WAYNE SUTTLE |
| 665912 | $ 200.00 | DONNELL MILES |
| 665918 | $ 200.00 | MATTHEW ISAAC PERRY |
| 665919 | $ 200.00 | JEREMY DEWAYNE GARRETT |
| 665925 | $ 200.00 | ROSS E BUMGARDNER |
| 665926 | $ 200.00 | JOSEPH LYNN MCQUEEN |
| 665930 | $ 200.00 | SHANTAY SHARESE GRAMPTON |
| 665931 | $ 200.00 | DRAGOSLAV CUCKOVIC |
| 665938 | $ 200.00 | RICHARD LEE SCHLATTER |
| 665940 | $ 200.00 | TERRY ALLEN GEISLEMAN |
| 665941 | $ 200.00 | SAMUEL JOHN CONNER |
| 665942 | $ 200.00 | NORFLEET DEWAYNE STITTS |
| 665943 | $ 200.00 | FREDDY EARL PIPKIN |
| 665944 | $ 200.00 | DOKKEN RALPH ROGERS |
| 665945 | $ 200.00 | BRENDA LEIGH WIEGEL |
| 665947 | $ 200.00 | JEREMY JAY NORDMAN |
| 665950 | $ 200.00 | DEWAYNE GLEN BLEDSOE |
| 665951 | $ 200.00 | DANIEL WAYNE SORRELL |
| 665953 | $ 200.00 | JOSHUA DANIEL HORNER |
| 665954 | $ 200.00 | JAMES EDWARD SANDMAN |
| 665960 | $ 200.00 | CESAR SERRATO-RUIZ |
| 665962 | $ 200.00 | HECTOR CAVALLO |
| 665963 | $ 200.00 | JAMIE KAY DENUYL |
| 665965 | $ 200.00 | BRENTON JAMES BEUCLER |
| 665966 | $ 200.00 | VELESTAL JONATHAN JONES |
| 665967 | $ 200.00 | AARON JAMES STEPHANS |
| 665970 | $ 200.00 | QUENTON DARVON DAVIS |
| 665971 | $ 200.00 | BETHEINA DARNETA FREEMAN |
| 665975 | $ 200.00 | EDWARD D COOPER |

Ex. A.

| Ck # | Total | Vendor Name |
|---|---|---|
| 665976 | $ 200.00 | DERRICK ONEIL CHAPMAN |
| 665980 | $ 200.00 | JOHN GREGORY HACKLEY |
| 665984 | $ 600.00 | DATRELLE LAMAR ROBERTSON |
| 665987 | $ 200.00 | TERRON JAMARR WIMES |
| 665988 | $ 200.00 | JANICE DEANN COLLINS |
| 665994 | $ 200.00 | KERRY LYNN WHITSON |
| 665995 | $ 200.00 | TRACEY LAMONT MARTIN |
| 665998 | $ 200.00 | LAURIE ANN POWERS |
| 666004 | $ 200.00 | TRACY MARIE BOLES |
| 666007 | $ 400.00 | CHARLES EDWARD STEPHENS |
| 666009 | $ 200.00 | GREGORY LYNN GOLDEN |
| 666010 | $ 200.00 | PAUL HARROLD BROWN |
| 666011 | $ 200.00 | LADONTIS DAURLE SMITH |
| 666013 | $ 200.00 | DAVID WILLIAM FOX |
| 666014 | $ 200.00 | QUINETTE JEAN ODEN |
| 666018 | $ 200.00 | FRANKLIN DERRELL WRIGHT |
| 666021 | $ 200.00 | ANTHONY JOSEPH CASEY |
| 666027 | $ 200.00 | MICHAEL LEVI HENSLEY |
| 666034 | $ 200.00 | JERRY DION TINSLEY |
| 666035 | $ 200.00 | KENA MARIE LAWRENCE |
| 666038 | $ 200.00 | TWAYNE LAMONT LEE |
| 666039 | $ 200.00 | MATHEW STEVEN MCCLURE |
| 666042 | $ 200.00 | BETTY JO DAVIS |
| 666046 | $ 200.00 | FOREST LEE JOHNSON |
| 666047 | $ 200.00 | SHAWN MAURICE SALLEE |
| 666048 | $ 200.00 | BRITAIN KEVIN FLOWERS |
| 666050 | $ 200.00 | DOUGLAS LEE KELL |
| 666052 | $ 200.00 | JAMES REX DOOLITTLE |
| 666053 | $ 200.00 | CURTIS WAYNE WILSON |
| 666057 | $ 200.00 | SHAWN ELLIOT HOLLAND |
| 666060 | $ 200.00 | REGINALD BERNARD HICKS |
| 666062 | $ 400.00 | JESSICA RANA IACOVACCI |
| 666063 | $ 200.00 | MARVIN LAPRICE FIELDS |
| 666064 | $ 200.00 | SOCRATES WELTON BRAGG |
| 666067 | $ 200.00 | SAMUEL EARL ELLINGTON |
| 666070 | $ 200.00 | GRADY EARL ANDERSON |
| 666071 | $ 200.00 | DAVID EDWARD BRUNER |
| 666073 | $ 200.00 | WILL THOMAS BATES |
| 666074 | $ 200.00 | GABRIELLE ANN TOLENTINO |
| 666075 | $ 200.00 | JOSHUA WILLIAM WALKER |
| 666077 | $ 560.00 | KEVIN WAYNE BLACK |
| 666078 | $ 200.00 | CLIFTON JARON MCPHERSON |
| 666084 | $ 200.00 | DAMIRA YOLANDA BOWEN |
| 666086 | $ 560.00 | RODRIQUSEZ LILMONT OWENS |
| 666102 | $ 200.00 | QUENTIN TYRONE LAMBERT |
| 666103 | $ 200.00 | TERRENCE CARNELL WOODS |
| 666106 | $ 200.00 | TIFFANY LA SHAY SIMPSON |
| 666107 | $ 200.00 | DAVID ANTHONY OWENS |
| 666108 | $ 200.00 | LATOYA LATASHEA WALKER |
| 666109 | $ 200.00 | WALTER JAMES LIPSCOMB |
| 666114 | $ 200.00 | JASON LEE CARMICHAEL |
| 666116 | $ 200.00 | THOMAS WALTER RAUHUT |
| 666119 | $ 200.00 | LARRY CHESTER PERRY |
| 666122 | $ 200.00 | BRADLEY MICHAEL GOSHORN |
| 666130 | $ 200.00 | ASHLEY MCCOY |
| 666132 | $ 200.00 | FORREST ALLEN RUFF |
| 666133 | $ 200.00 | JOSHUA LEE TIMBERS |
| 666134 | $ 200.00 | CARL DOUGLAS HOPKINS |
| 666138 | $ 200.00 | DANIEL PAUL BRUNING |

| Ck # | Total | Vendor Name |
|---|---|---|
| 666139 | $ 200.00 | GEOFFREY KIMANI MUNGAI |
| 666140 | $ 200.00 | PAIGE MARIE BEERMAN |
| 666143 | $ 200.00 | LARRY WAYNE ASHLEY |
| 666144 | $ 200.00 | ROBERT ALLEN KOENIG |
| 666145 | $ 200.00 | TYRELL JOVON LINDSEY |
| 666151 | $ 200.00 | JOHN ERIC NORDLUND |
| 666152 | $ 200.00 | MACK CORNOR MAGEE |
| 666155 | $ 200.00 | EDWARD E JONES |
| 666156 | $ 200.00 | JO-DEVEL JASON HILL |
| 666157 | $ 200.00 | KENNETH ATKINS ANDERSON |
| 666158 | $ 200.00 | SCOTT CORNETT ROBERTS |
| 666160 | $ 200.00 | STEVEN ALAN GARRETT |
| 666161 | $ 200.00 | ETHAN MICHAEL LEACH |
| 666163 | $ 200.00 | JAMES DUANE THOMAS |
| 666165 | $ 200.00 | DAMEION LEWIS CARPER |
| 666166 | $ 200.00 | JOHN CAMERON HUNT |
| 666167 | $ 200.00 | MARVIN JOSUE OCHOA |
| 666173 | $ 560.00 | LONNIE MAURICE WIMES |
| 666174 | $ 200.00 | TYLER JON MOORE |
| 666175 | $ 200.00 | JOHN EDWARD RIZZO |
| 666177 | $ 200.00 | LEROY TRAMAINE SIMPSON |
| 666178 | $ 200.00 | COREY MICHAEL CHRISTLEIB |
| 666179 | $ 200.00 | KIRBY EVANS CARLSON |
| 666180 | $ 200.00 | BRIAN DAVID LONG |
| 666185 | $ 200.00 | JESSE ALLEN POPE |
| 666186 | $ 200.00 | BRITTANY LUERICE BRIGHT |
| 666187 | $ 200.00 | JOSHUA TYLER AMSDEN |
| 666190 | $ 200.00 | DAVID ALLAN NEWBERGER |
| 666192 | $ 560.00 | AARON ALLEN MCATEE |
| 666193 | $ 200.00 | ZACHARY WAYNE POULSEN |
| 666194 | $ 200.00 | LILLIAN FAYE REYES |
| 666195 | $ 200.00 | WILLIAM GENE GERBER |
| 666204 | $ 200.00 | EUGENE BURNETT |
| 666209 | $ 200.00 | SHAWN CARLTON WOODS |
| 666210 | $ 200.00 | LORENZO SEAREA PHILLIPS |
| 666211 | $ 200.00 | ANTHONY WALTER DEKORSEY |
| 666213 | $ 200.00 | ERIC LAMAR MILES |
| 665214 | $ 200.00 | DAVID LEWIS HARMAN |
| 666215 | $ 200.00 | JEROME COLMAN HAWKINS |
| 666216 | $ 800.00 | NATHANIEL DAVID HUTTSELL |
| 666217 | $ 200.00 | ANTHONY WAYNE ATWOOD |
| 666221 | $ 200.00 | ERIC LEWIS IRBY |
| 666226 | $ 200.00 | HOMER DONJUAN DANIELS |
| 666229 | $ 200.00 | WILLIE JAMES BONTEMPO |
| 666234 | $ 200.00 | GLENN CHARLES RICHARDS |
| 666236 | $ 200.00 | COLBY ROBERT PETRE |
| 666238 | $ 200.00 | KENNETH LEE UETRECHT |
| 666240 | $ 200.00 | ASHLEY NICHOLE HAMILTON |
| 666249 | $ 200.00 | HOUSTON ANTHONY TIPTON |
| 666250 | $ 200.00 | TIMOTHY FITZGERALD ROWLES |
| 666252 | $ 200.00 | BILLY RAY SLONE |
| 666254 | $ 200.00 | JOSEPH MICHAEL BROWN |
| 666255 | $ 200.00 | THEODORE WILEY BEACH |
| 666260 | $ 360.00 | ESTATE OF WALLACE ETHERIDGE BASS |
| 666263 | $ 360.00 | BILLY JOE COMPTON |
| 666266 | $ 360.00 | WILLIAM MAGNUS BENSON |
| 666267 | $ 360.00 | SHERRY ANN BOONE |
| 666268 | $ 360.00 | DAVID ALLEN JAMAR BOONE |
| 666269 | $ 360.00 | LOGAN TYLER GRAVES |


51

| Ck # | Total | Vendor Name |
|---|---|---|
| 666270 | $ 360.00 | CHANEL RAELYN JOHNSON |
| 666272 | $ 360.00 | VICTOR ABRAHAM FUENTES |
| 666274 | $ 360.00 | DONALD LEE REINA |
| 666275 | $ 360.00 | BRANDON ADAM KEGLEY |
| 666276 | $ 360.00 | KENAN LAMONT DAVIS |
| 666278 | $ 360.00 | JESSICA NICOLE MULLEN |
| 666280 | $ 720.00 | BRIAN GUY SMITH |
| 666281 | $ 360.00 | DEAN ALLEN COOK |
| 666283 | $ 360.00 | JOHNNY L ELLIS |
| 666286 | $ 360.00 | JEREMY TODD ROLLINS |
| 666287 | $ 360.00 | ANTHONY TERRELL JONES |
| 666289 | $ 360.00 | JOSHUA JAMES DAUSCHER |
| 666290 | $ 360.00 | TIFFANY MARIE SMITH |
| 666291 | $ 360.00 | PATRICK SEAN HOOD |
| 666292 | $ 360.00 | TERRY LANE KRAUTER |
| 666295 | $ 360.00 | GREGORY ALAN NOTT |
| 666297 | $ 360.00 | CHRISTOPHER JAMES MORGAN |
| 666298 | $ 360.00 | WESLEY MOWEN |
| 666299 | $ 360.00 | CHARLES ANTWON BENSON |
| 666301 | $ 360.00 | MICHAEL JON AMSTUTZ |
| 666302 | $ 360.00 | FELIX GRANT |
| 666310 | $ 360.00 | RONALD E GABRIEL |
| 666312 | $ 360.00 | BRANDON CHARLES JONES |
| 666315 | $ 360.00 | BONNIE KEEFE |
| 666316 | $ 360.00 | LYDIA GAYLE CARRIZALES |
| 666318 | $ 360.00 | CRESENCIO VALENCIA TORRES |
| 666319 | $ 360.00 | RYAN LEE FRAUENFELDER |
| 666324 | $ 360.00 | GERALD DWAYNE SMITH |
| 666325 | $ 360.00 | PAMELA DENISE GRAY |
| 666326 | $ 360.00 | LARON ANTON CLARK |
| 666330 | $ 360.00 | DWAYNE EDWARD RUSSELL |
| 666333 | $ 360.00 | LARRY HARRISON |
| 666335 | $ 360.00 | VAUGHN HENRY ENSLEY |
| 666336 | $ 360.00 | CHARLES THOMPSON |
| 666337 | $ 360.00 | LOUIS SALVADOR GARCIA |
| 666338 | $ 360.00 | ARDEN KERL HENDERSON |
| 666339 | $ 360.00 | NIKIA ELAIN TINKER |
| 666341 | $ 360.00 | ERIC LAMONT JOHNSON |
| 666342 | $ 360.00 | RAMIRO ALEJANDRO RODRIGUEZ |
| 666345 | $ 720.00 | CALVIN FRANKLIN DAVIS |
| 666346 | $ 360.00 | BENJAMIN JEREMIAH WALKER |
| 666348 | $ 360.00 | MATTHEW L BAK |
| 666350 | $ 360.00 | JOHN DOMINIC PENTANGELO |
| 666352 | $ 360.00 | STANLEY RAY BENNETT |
| 666354 | $ 360.00 | LUIS ROLANDO CARDENAS |
| 666360 | $ 360.00 | JOSE JESUS VELASQUEZ-REYES |
| 666364 | $ 360.00 | BRIAN ADAM SEWELL |
| 666365 | $ 360.00 | OLA ALI EL-KHATIB |
| 666368 | $ 360.00 | TREMONT VALTAN BARNETT |
| 666371 | $ 360.00 | HERBERT ALMO |
| 666374 | $ 360.00 | MATTHEW ISAIAH CARNELL JEROME |
| 666376 | $ 360.00 | LEANNA M EVANS |
| 666378 | $ 360.00 | MICHAEL JOSEPH WEBSTER |
| 666383 | $ 360.00 | DONALD EUGENE GUTHRIE |
| 666384 | $ 360.00 | SCOTT RICHARD BROWN |
| 666386 | $ 360.00 | PAUL A STALLER |
| 666387 | $ 360.00 | MATTHEW ALAN FIELDS |
| 666388 | $ 360.00 | DANIELLE EMIL CHANDLER |
| 666389 | $ 360.00 | KEVIN LAMONE LYONS |



| Ck # | Total | Vendor Name |
|---|---|---|
| 666390 | $ 360.00 | CARRIE SUE DAVIS |
| 666391 | $ 360.00 | LAMARCUS A CLAY |
| 666394 | $ 720.00 | KELVIN ALLEN WILLIAMS |
| 666395 | $ 360.00 | JERRY WALKER |
| 666396 | $ 360.00 | JENEI ALEXANDRIA MITCHELL |
| 666397 | $ 360.00 | PATRICK EDWARD HICKS |
| 666398 | $ 360.00 | ANNETTE C MOORE |
| 666399 | $ 360.00 | ARIC ALLEN JONES |
| 666400 | $ 360.00 | SEAN DUANE TAYLOR |
| 666401 | $ 360.00 | RICHARD PIERRE WRIGHT |
| 666402 | $ 360.00 | MANUEL JOSE VILLAREAL |
| 666403 | $ 360.00 | JONATHAN PETER LYNCH |
| 666406 | $ 360.00 | KATACIA LASHAY LOCKETT |
| 666411 | $ 360.00 | JEREMY J KLINE |
| 666412 | $ 360.00 | TISHKA SIMMONS |
| 666414 | $ 360.00 | KEVIN SPENCER ROBERSON |
| 666418 | $ 360.00 | LATASHA JACKSON |
| 666420 | $ 360.00 | LONNIKA ANQUINETTE HIGHTOWER |
| 666423 | $ 360.00 | ALPHONSO GARCIA |
| 666428 | $ 360.00 | PATRICK EUGENE WILSON |
| 666432 | $ 360.00 | MICHAEL DAVIL HILL |
| 666433 | $ 360.00 | KEVIN C BLAND |
| 666434 | $ 360.00 | ADRIAN MARIE DAVIS |
| 666435 | $ 360.00 | CYNTHIA JOYCE PASCHALL |
| 666437 | $ 360.00 | DERIK WAYNE ELOPH |
| 666438 | $ 360.00 | LISA CAROL MARTINEZ |
| 666440 | $ 360.00 | TRINITY LAFREEDOM STEWART |
| 666442 | $ 360.00 | DANIEL JOSEPH GILE |
| 666445 | $ 360.00 | MITCHELL WYATT |
| 666446 | $ 360.00 | THOMAS UNDERWOOD |
| 666447 | $ 360.00 | DENNIS LYONS |
| 666448 | $ 360.00 | ADRIAN TERMEL GRANT |
| 666449 | $ 360.00 | MARIE LUCIE PHILOGENE |
| 666451 | $ 360.00 | TYLER JAMES SORG |
| 666452 | $ 960.00 | DEREK ALEXANDER WESTWATER |
| 666454 | $ 360.00 | YOLANDA YVETTE ROBINSON |
| 666455 | $ 360.00 | KEITH ERVIN MARTZ |
| 666456 | $ 360.00 | JUSTIN TYLER PENNINGTON |
| 666459 | $ 360.00 | MONTE JAY HOPPER |
| 666463 | $ 360.00 | MICHAEL LAMONT MOORE |
| 666464 | $ 360.00 | STACEY ANN AHLBORN |
| 666465 | $ 360.00 | APRIL CHRISTINE REYNOLDS |
| 666467 | $ 360.00 | LINC ALLEN JACKMAN |
| 666469 | $ 360.00 | JOSEPH ELI CARPENTER |
| 666470 | $ 360.00 | SHANE MICHAEL DOUGLAS |
| 666472 | $ 360.00 | DANIEL JAMES SHIPLEY |
| 666476 | $ 360.00 | DERRICK LEE HEATH |
| 666477 | $ 360.00 | CHAD ALLEN NOBLE NIEMEYER |
| 666478 | $ 360.00 | SAN MAW |
| 666480 | $ 360.00 | MARK ANTHONY PERRY |
| 666481 | $ 360.00 | DONNA JEAN HUNT |
| 666483 | $ 360.00 | DAVID TED MUDRACK |
| 666484 | $ 360.00 | CALEB BENJAMIN HURST |
| 666487 | $ 360.00 | JEFFERY SAYLOR |
| 666491 | $ 360.00 | LUTHER GENE GREEN |
| 666492 | $ 360.00 | OHN MYA |
| 666494 | $ 360.00 | THOMAS ALVIN MILTON |
| 666496 | $ 360.00 | JAMES GROVER WHITAKER |
| 666499 | $ 360.00 | JERRY LEEMAR MCDANIELS |

51

| Ck # | Total | Vendor Name |
|---|---|---|
| 666500 | $ 960.00 | RONALD JERMAINE COLLINS |
| 666502 | $ 360.00 | CHRISTOPHER ALLEN MEEK |
| 666510 | $ 360.00 | LARRY GENE HENSINGER |
| 666513 | $ 360.00 | MICHAEL ALAN COCHRAN |
| 666515 | $ 360.00 | MURRAY ROBERT HUNT |
| 666517 | $ 360.00 | LETASHA RENNEA MYATT |
| 666520 | $ 360.00 | BRANDEE LR MIDDLEBROOK |
| 666522 | $ 360.00 | JATOD EMAR WILLIAMS |
| 666523 | $ 360.00 | EVAN E EMRICK |
| 666526 | $ 360.00 | ROBERT EARL GREER |
| 666531 | $ 360.00 | MARCUS ALLEN MENDEZ |
| 666534 | $ 360.00 | DANIEL AARON KOCH |
| 666535 | $ 360.00 | KATHRYN ELIZABETH HUNTON |
| 666536 | $ 360.00 | ANTHONY H CUNNINGHAM |
| 666537 | $ 360.00 | ROBERT MATTHEW RALSTON |
| 666540 | $ 360.00 | DAVID SHAWN PRICE |
| 666543 | $ 360.00 | HEALTHER FRANCES IMM |
| 666547 | $ 360.00 | FREDERICK EUGENE LIGHT |
| 666553 | $ 360.00 | KEVIN GREGORY VASCOVICH |
| 666554 | $ 360.00 | RONALD DOUGLAS GREEN |
| 666565 | $ 600.00 | ESTATE OF RICKEY RICARDO FLOURNOY |
| 666566 | $ 600.00 | DUSTIN ELLIOT WYSS |
| 666567 | $ 600.00 | JOSE ANTONIO SOTO |
| 666569 | $ 600.00 | DUSTIN ANDREW MINNICK |
| 666572 | $ 600.00 | ANGELA KRISTIE BUCKLES |
| 666573 | $ 600.00 | JOE PAUL BARTELS |
| 666576 | $ 600.00 | ROBERT EARL HUBBARD |
| 666577 | $ 600.00 | JOSHUA RYAN HOSSLER |
| 666581 | $ 600.00 | CHRISTOPHER BRIAN DAWSON |
| 666583 | $ 600.00 | JOSHUA MICHAEL DEBACHER |
| 666586 | $ 600.00 | JOEL EMERSON GRATE |
| 666588 | $ 600.00 | BRIAN TYRONE JACKSON |
| 666590 | $ 600.00 | CHRISTIAN ROYCE HUMPHREY |
| 666593 | $ 600.00 | FAUSTINO JESUS VASQUEZ |
| 666597 | $ 600.00 | JUSTIN WAYNE MCCLAIN |
| 666599 | $ 600.00 | JOSEPH WILLIAM ROGERS |
| 666601 | $ 600.00 | CLINTON ERICK HOOD |
| 666604 | $ 600.00 | MICHAEL B KRAMER |
| 666605 | $ 600.00 | CHASIDY BERMES |
| 666607 | $ 600.00 | TIMOTHY LEE PAGE |
| 666609 | $ 600.00 | KWANDALE SANCHEZ WEDLOW |
| 666610 | $ 600.00 | LIONEL PERKINS |
| 666615 | $ 600.00 | DEMARCUS ANTWAN STARKS |
| 666618 | $ 600.00 | RONNIE DALE ALBERTSON |
| 666621 | $ 600.00 | MELANIE RAE CLARK |
| 666622 | $ 600.00 | JASON THOMAS MCCUTCHEON |
| 666623 | $ 600.00 | KAI LAM KAP |
| 666627 | $ 600.00 | TRAVIS KEITH INSKEEP |
| 666629 | $ 600.00 | BRANDON JOSEPH BENNETT |
| 666632 | $ 600.00 | OESJOA SJAODAU WOODBERRY |
| 666633 | $ 600.00 | EDDIE JAMES ROGERS |
| 666634 | $ 600.00 | DALE KEITH TUCKER |
| 666637 | $ 600.00 | JERIKAA FAYLENE KUNNEKE |
| 666640 | $ 600.00 | LARRY TEMPLETON |
| 666641 | $ 600.00 | DAVID E FARMER |
| 666642 | $ 600.00 | CHAD ALLEN NOBLE |
| 666643 | $ 600.00 | JUSTIN WILLIAM IRICK |
| 666646 | $ 600.00 | ERICA STARR LUPKIN |
| 666647 | $ 600.00 | RICARDO TECAXCO LOZADA |



| Ck # | Total | Vendor Name |
|---|---|---|
| 666648 | $ 600.00 | CARLETON LESLIE KING |
| 666651 | $ 600.00 | JESUS EVERARDO AMADOR-URIAS |
| 666653 | $ 600.00 | BARBARA BENSON |
| 666659 | $ 600.00 | AMBER STARRE METEIVER |
| 666660 | $ 600.00 | NICHOLAS WILLIAM AKERS |
| 666661 | $ 600.00 | JEFFERY JONATHON STAHL |
| 666662 | $ 600.00 | TYDALE LAMAR NELSON |
| 666663 | $ 600.00 | BRITTENY SUZAN LADIG |
| 666665 | $ 600.00 | CORNELIUS JERMAINE JACKSON |
| 666668 | $ 600.00 | WILLIAM DOUGLAS CARTER |
| 666669 | $ 600.00 | NATHAN THOMAS PEREZ |
| 666670 | $ 600.00 | JOSEPH RUSSELL PHELPS |
| 666671 | $ 600.00 | TED REYES |
| 666672 | $ 600.00 | ORENTHIOL ELI TAYLOR |
| 666675 | $ 600.00 | KASANDRA LYNN MCNAIR |
| 666676 | $ 600.00 | JOHN THOMAS WALKER |
| 666677 | $ 600.00 | KAMAL KALIM MACON |
| 666679 | $ 600.00 | CANDICE SCHAKERA HENDERSON |
| 666682 | $ 600.00 | JOSEPH LEE WEHR |
| 666683 | $ 600.00 | CARLOS L MAURICIO |
| 666686 | $ 600.00 | JEREMIAH COLEMAN |
| 666687 | $ 600.00 | ROBERT JAMES SMITH |
| 666690 | $ 600.00 | JODY LYNN ERTEL |
| 666691 | $ 600.00 | THOMAS ELIJAH TORRES |
| 666692 | $ 600.00 | LYNNELL EVILENE JOHANNA SCHALT |
| 666693 | $ 600.00 | SCOTT WESTLEY BRYAN |
| 666694 | $ 840.00 | MICHAEL LAMONT NELSON |
| 666695 | $ 840.00 | JAMES EDWARD BENNETT |
| 666698 | $ 840.00 | GARY A BOWERS |
| 666699 | $ 840.00 | RONALD RAY CROSS |
| 666702 | $ 840.00 | JAMES LEWIS SAYLOR |
| 666703 | $ 840.00 | JOHN THOMAS HENDRY |
| 666704 | $ 840.00 | JULIUS LEE HARDY |
| 666706 | $ 840.00 | AARON MICHAEL LACATA |
| 666708 | $ 840.00 | CODY POE KNIGHT |
| 666710 | $ 840.00 | HOWARD SIMS |
| 666711 | $ 840.00 | MOSES BLEVINS |
| 666712 | $ 840.00 | DONALD NORMAN MAPLES |
| 666713 | $ 840.00 | DAVID STANLEY MURRAY |
| 666715 | $ 840.00 | RAMIRO PARRA VARGAS |
| 666716 | $ 840.00 | GARY BURT |
| 666719 | $ 840.00 | LIONEL JAMARR GREEN |
| 666722 | $ 840.00 | MESHANDA ANDREWLA JACKSON |
| 666723 | $ 840.00 | BRIAN MOORE |
| 666726 | $ 840.00 | SONYA LYNN RODRIGUEZ |
| 666730 | $ 840.00 | ABRAHAM REYES |
| 666732 | $ 840.00 | SHANON MARIE TOMASULA |
| 666733 | $ 840.00 | BROCK LEONARD BEITLER |
| 666735 | $ 840.00 | RAYMOND ALPHONZO RICHARDSON |
| 666738 | $ 840.00 | MARVIN AGUILAR-MORALES |
| 666739 | $ 840.00 | ANDREW CHRISTOPHER STEVENS |
| 666741 | $ 840.00 | ROBERT JOSEPH MILLET |
| 666742 | $ 840.00 | TRISTAN ROSE SMITH |
| 666743 | $ 840.00 | DANNY LEE HILLIARD |
| 666744 | $ 840.00 | SAFIA MARIE LOMBARDO |
| 666746 | $ 840.00 | JOSEPH ALLIED KO |
| 666750 | $ 840.00 | FIDENCIO XOLO-JARA |
| 666752 | $ 840.00 | JOHNNY WYATT HEAD |
| 666753 | $ 840.00 | SHAWNTARIA JONES |



| Ck # | Total | Vendor Name | |
|---|---|---|---|
| 666758 | $ 1,100.00 | LARRY DAWAYNE BLACK | |
| 666759 | $ 1,100.00 | JOHN GIBSON BULLOCK | |
| 666760 | $ 1,100.00 | LATASH NICOLE NOWLIN | |
| 666761 | $ 1,100.00 | KEVIN EUGENE RENNELS | |
| 666762 | $ 1,100.00 | MICHAEL DAVID-WILLIAM ARD | |
| 666763 | $ 1,100.00 | SUMON ANTONIO PEREZ | |
| 666764 | $ 1,100.00 | DAVID VELAZQUEZ GONZALEZ | |
| 666765 | $ 1,100.00 | HOWARD JACKSON | |
| 666766 | $ 1,100.00 | AKEEN DEONDRE BODDIE | |
| 666767 | $ 1,100.00 | TAMIKA MONIQUE ROGERS | |
| 666768 | $ 1,100.00 | ROY EDWARD WILMS | |
| 666769 | $ 1,100.00 | RAYMOND LEROY MINTZ | |
| 666770 | $ 1,100.00 | ROBERTO RIOS | |
| 666776 | $ 1,100.00 | SIMEON LE'TRELL WILLIAMS | |
| 666778 | $ 1,100.00 | GREGORY SCOTT SMITH | |

