MYATT VS SHERIFF SETTLEMENT CLEARED CHECKS

| Ck # | Total | Vendor Name | |
|---|---|---|---|
| 665883 | 200.00 | SCOTT REED ARMSTRONG | Voided - reissued on check 688047 12/6/17 |
| 665886 | 200.00 | CHRISTOPHER EDWARD WILLIAMS | Voided-replaced with ck 681089 |
| 665889 | 200.00 | ANTHONY EUGENE WINDER | Voided-replaced with ck 681754 3/24/17 |
| 665899 | 200.00 | KENNETH LEROY KING | Voided replaced with check 680736 2/28/17 |
| 665917 | 200.00 | CHRISTOPHER ALLEN PATTERSON | voided replaced with check 681759 3/24/17 |
| 665927 | 200.00 | JESUS ALBERTO VILLANUEVA | voided-replaced with ck 683458 5/24/17 |
| 665928 | 200.00 | AMANDA KAY SANFORD | voided-replaced with ck 681091 3/10/17 |
| 665949 | 200.00 | JASON EDWARD STIER | Voided replaced with check 680743 2/28/17 |
| 665978 | 1040.00 | ANTHONY ANDRE PARISH | voided-replaced with check 681757 3/24/17 |
| 665992 | 200.00 | ERRICK GENE BENSON | Voided replaced with check 680728 2/28/17 |
| 666016 | 200.00 | CRYSTAL LYNN BOWEN | Voided replaced with check 680729 2/28/17 |
| 666029 | 200.00 | ROY WESLEY HOSSLER | Voided replaced with Ck#682403 4/14/17 |
| 666036 | 200.00 | ALAN WILLIAM WILSON | Voided replaced with Ck#682925 5/5/17 |
| 666037 | 200.00 | PATRICK KEVIN MOJET | Voided replaced with Ck#682408 4/14/17 |
| 666041 | 200.00 | MICHAEL JEROME JOHNSON | voided replaced with check 681762 3/24/17 |
| 666049 | 200.00 | JUSTIN WADE TROSPER | Voided replaced with Ck#682409 4/14/17 |
| 666059 | 200.00 | CALVIN LEE WHITE | Voided & replaced with Ck 683819 6/9/17 |
| 666101 | 400.00 | MITCHELL SCOTT JENKS | Voided replaced with check 680734 2/28/14 |
| 666113 | 200.00 | AVERY LYNN GANAWAY | voided replaced with check 680545 2/20/17 |
| 666118 | 200.00 | DANIEL PEREZ TREVINO | Voided replaced with check 680742 2/28/17 |
| 666131 | 200.00 | JEREMY JAY NEWMAN | Voided replaced by Ck#682412 4/14/17 |
| 666136 | 200.00 | CAMERON DARNELL ERIC JOHNSON | Voided replaced with check 680735 2/28/17 |
| 666137 | 200.00 | ANDRES CONRADO | Voided replaced with check 680731 2/28/17 |
| 666148 | 200.00 | CHRISTOPHER JASON SMITHSON | Voided replaced with check 680746 2/28/17 |
| 666153 | 200.00 | JEFF ALLEN KRIDER | Voided replaced with check 680543 2/20/17 |
| 666154 | 200.00 | JUAN ROBERTO ADAMES | Voided replaced with check 680726 2/28/17 |
| 666169 | 200.00 | DONNZEL THOMAS ST CLAIR | Voided replaced with check 680745 2/28/17 |
| 666170 | 800.00 | JAMES PAUL ELDER | Voided replaced with check 680733 2/28/17 |
| 666183 | 200.00 | SAMUEL WAYNE KING | Voided replaced with check 680737 2/28/17 |
| 666196 | 200.00 | MELCHOR G GARCIA | Voided - reissued on check 687050 10/24/17 |
| 666205 | 200.00 | JAYSON COOPER | voided replaced with check 681760 3/24/17 |
| 666212 | 200.00 | JAQUAN DESHAWN SANDERS | voided-replaced with ck 681090 3/10/17 |
| 666233 | 200.00 | STEVEN CONRAD WILLIAMS | |
| 666243 | 200.00 | AUSTIN JARRETT CORMICAN | Voided replaced with Ck#682406 4/14/17 |
| 666245 | 200.00 | THOMAS JAMES JAMES | voided replaced with ck 681767 3/24/17 |
| 666248 | 200.00 | KIMBERLY ANN MOTT | Voided replaced with check 680738 2/28/17 |
| 666251 | 200.00 | BROCK EUGENE LINDEMANN | Voided replaced with check 680744 2/28/17 |
| 666304 | 360.00 | DAVID ALLEN GASPER | Voided replaced with Ck#682404 4/14/17 |
| 666327 | 360.00 | ALBERT DEWAYNE ANDERSON | Voided replaced with check 680727 2/28/17 |
| 666359 | 360.00 | BRUCE DEWAYNE KIRKPATRICK | voided replaced with ck 681763 3/24/17 |
| 666407 | 360.00 | DANIEL SCOTT ZOOK | Voided replaced with Ck#682410 4/14/17 |
| 666421 | 360.00 | NATHANIEL LAMB | Voided Replaced with check 680544 2/20/17 |
| 666426 | 360.00 | JOSHUA DANIEL PENCE | Voided replaced with check 680740 2/28/17 |
| 666468 | 360.00 | MICHAEL DWAYNE DAGUE | voided replaced with check 681755 3/24/17 |
| 666474 | 360.00 | CHRISTOPHER JAMES ALTEVOGT | voided replaced with check 681758 3/24/17 |
| 666485 | 360.00 | JESSE JAMES ELLIS | Voided replaced with Ck#682407 4/14/17 |
| 666503 | 360.00 | GARY ALAN ENYEART | Voided replaced with check 680547 2/20/17 |
| 666525 | 360.00 | SHANELLE LEE CAUSEY | Voided replaced with check 680546 2/20/17 |
| 666527 | 360.00 | FELTON STEPHENSON | Voided replaced with check 680741 2/28/17 |
| 666529 | 360.00 | ANDREW WALTERS | Voided replaced with Ck#682413 4/14/17 |

Ex. B

| Ck # | Total | Vendor Name | |
|---|---|---|---|
| 666533 | 360.00 | TRINESA ZSARNET BENNETT | Voided replaced with Ck#682402 4/14/17 |
| 666542 | 360.00 | KENNETH ALAN DAGUE | Voided replaced with check 680732 2/28/17 |
| 666568 | 600.00 | MITCHELL BRIAN FIELDS | voided replaced with check 681761 3/24/17 |
| 666571 | 600.00 | ANTONIO DANYELLE ROGAN | voided replaced with check 681756 3/24/17 |
| 666587 | 600.00 | ROBERT PAUL FISHER | Voided 10/19/17 replaced with check 687049 10/24/17 |
| 666591 | 600.00 | KORI LEIGH HEINIGER | Voided Replaced with check 680542 2/20/17 |
| 666595 | 600.00 | RICHARD WAYNE POWELSON | voided replaced with ck 681094 3/10/17 |
| 666598 | 600.00 | AMBER NICOLE WILLIAMS | Voided replaced with check 680739 2/28/17 |
| 666612 | 600.00 | JULIAN M ZAMORA | voided replaced with ck 681092 3/10/17 |
| 666624 | 600.00 | BRITTNEY FERGUSON | Voided replaced with ck 682414 4/14/17 |
| 666625 | 600.00 | ANDREW NATHAN MONHOLLEN | voided replaced with ck 681764 3/24/17 |
| 666626 | 600.00 | KEVIN MICHAEL ROMINES | Voided and replaced with check 679787 1/31/17 |
| 666654 | 600.00 | RODNEY DONTAE MORGAN | Voided replaced with Ck#683457 5/24/17 |
| 666655 | 600.00 | LEDELLE LAMONT LEE | Voided replaced with Ck#682415 4/14/17 |
| 666664 | 600.00 | MICHAEL CARSWELL | Voided replaced with Ck#682416 4/14/17 |
| 666667 | 600.00 | TERRY RAY JOHNSON | Voided replaced with check 680548 2/20/17 |
| 666684 | 600.00 | LISA ANN IONNI | Voided replaced with Ck#682411 4/14/17 (Sheetz) |
| 666691 | 600.00 | THOMAS ELIJAH TORRES | Voided-replaced with ck 681088 3/10/17 |
| 666696 | 840.00 | MECHELLE LYNN FREEMAN | voided replaced with ck 681766 3/24/17 |
| 666697 | 840.00 | SAMAN JEIHOONI | voided-replaced with ck 681093 3/10/17 |
| 666701 | 840.00 | HEATH ALLEN KEEL | Voided replaced with Ck#682405 4/14/17 |
| 666747 | 840.00 | MELVIN LEE CARLISLE | Voided replaced with check 680730 2/28/17 |
| 666772 | 1100.00 | JAMES DEWITT BROOKS | Voided replaced with check 680273 2/16/17 |
| 666773 | 1100.00 | MICHAEL SCOTT PLUMB | voided replaced with check 681765 3/24/17 |