| PAYMENTS GARNISHED BY STATE SUPPORT OFFICE | | | |
|---|---|---|---|
| Ck # | Total | Vendor Name | BEING GARNISHED BY |
| | | | STATE CHILD SUPPORT OFFICE |
| 665870 | $ 200.00 | JOHNNY JAMES KING | Sent to State on Ck 687048 10/24/17 |
| 665881 | $ 200.00 | BRITTANY LYNN CAROL HERNDON | Sent to State Ck#681864 3/29/17 |
| 665884 | $ 200.00 | JAMES LEE WHEELER | Sent to State on Ck 687048 10/24/17 |
| 665888 | $ 200.00 | MATTHEW JON EARNEST | Sent to State Check#681864 3/29/17 |
| 665890 | $ 200.00 | JOSEPH ANTHONY SMITH | Sent to State on Ck 687048 10/24/17 |
| 665891 | $ 200.00 | DANIEL RODGERS-CONWELL | Sent to State on Ck 687048 10/24/17 |
| 665906 | $ 200.00 | EDWARD BRUNO TULK | Sent to State Ck#681864 3/29/17 |
| 665910 | $ 200.00 | DALE CARL WILSON | Sent to State on Ck 687048 10/24/17 |
| 665916 | $ 200.00 | BRANDON TYWAN EWING | Sent to State on Ck 687048 10/24/17 |
| 665934 | $ 200.00 | FOSTER ALLEN MOWREY | Sent to State Ck#681864 3/29/17 |
| 665946 | $ 200.00 | SHAUNTELL DELAWN BRAY | Sent to State Check#681864 3/29/17 |
| 665955 | $ 200.00 | KENNETH WAYNE MARCUM | Sent to State Ck#681864 3/29/17 |
| 665958 | $ 200.00 | JERMAINE SHRON GAMBLE | Sent to State Ck#681864 3/29/17 |
| 665961 | $ 200.00 | RICO PAUL JOHANNSEN | Sent to State Ck#681864 3/29/17 |
| 665968 | $ 200.00 | LARON DUANE ROSSE | Sent to State on Ck 687048 10/24/17 |
| 665972 | $ 200.00 | KALEN DEMARCUS PARHM | Sent to State Ck#681864 3/29/17 |
| 665973 | $ 200.00 | RAPHAEL M HELTON | Sent to State Ck#681864 3/29/17 |
| 665977 | $ 200.00 | CHRISTIAN BRADLEY MORGAN | Sent to State on Ck 687048 10/24/17 |
| 665982 | $ 200.00 | BRIEN JEROME RICHARDSON | Sent to State on Ck 687048 10/24/17 |
| 665999 | $ 200.00 | WILLIAM JOSEPH ROGERS | Sent to State on Ck 687048 10/24/17 |
| 666000 | $ 200.00 | CHRISTOPHER LAJUAN SMITH | Sent to State Ck#681864 3/29/17 |
| 666012 | $ 200.00 | RICKY LEE RAGER | Sent to State on Ck 687048 10/24/17 |
| 666019 | $ 200.00 | DEMETRIUS MAURICE HENDERSON | Sent to State on Ck 687048 10/24/17 |
| 666020 | $ 200.00 | WILLIAM LAVELL JONES | Sent to State Ck#681864 3/29/17 |
| 666023 | $ 200.00 | SHAWN DEON WARE | Sent to State on Ck 687048 10/24/17 |
| 666028 | $ 200.00 | CHRISTOPHER ALLEN BATTELL | Sent to State Check#681864 3/29/17 |
| 666031 | $ 200.00 | CHRISTOPHER KIRK JACOBSON | Sent to State Ck#681864 3/29/17 |
| 666058 | $ 200.00 | STEVE BONNER | Sent to State on Ck 687048 10/24/17 |
| 666065 | $ 200.00 | ARTHUR JEROME WILSON | Sent to State Ck#681864 3/29/17 |
| 666068 | $ 200.00 | KEITH EUGENE HOPKINS | Sent to State on Ck 687048 10/24/17 |
| 666079 | $ 200.00 | LEROY DEWAYNE GRAHAM | Sent to State on Ck 687048 10/24/17 |
| 666080 | $ 200.00 | AUSTIN MAURICE SCROGGINS | Sent to State Ck#681864 3/29/17 |
| 666085 | $ 200.00 | JARED MICHAEL ADAIR | Sent to State Check#681864 3/29/17 |
| 666089 | $ 200.00 | DALE RAYMOND PAYNE | Sent to State Check#681684 3/29/17 |
| 666090 | $ 200.00 | JONATHON ALEXANDER FRANCIS | Sent to State Check#681684 3/29/17 |
| 666091 | $ 400.00 | SCOTT EDWARD MAITLAND | Sent to State on Ck 687048 10/24/17 |
| 666092 | $ 200.00 | DARRELL ANTWION WILSON | Sent to State on Ck 687048 10/24/17 |
| 666099 | $ 200.00 | INACIO LORENZO GONCALVES | Sent to State on Ck 687048 10/24/17 |
| 666104 | $ 200.00 | ELGIN MARKEITH DAVIS | Sent to State Check#681864 3/29/17 |
| 666112 | $ 200.00 | JERMOND LEMARCUS SHAW | Sent to State on Ck 687048 10/24/17 |
| 666115 | $ 200.00 | MARVIN JUNIOR DAVIS | Sent to State Check#681864 3/29/17 |
| 666120 | $ 920.00 | CURTIS LEON HENDERSON | Sent to State on Ck 687048 10/24/17 |
| 666124 | $ 200.00 | JOHN LOCKE MCKINNON | Sent to State Ck#681864 3/29/17 |
| 666129 | $ 200.00 | ERIC JOSEPH HENRY | Sent to State Ck#681864 3/29/17 |
| 666142 | $ 200.00 | MATTHEW DUKES COONCE | Sent to State Check#681864 3/29/17 |
| 666149 | $ 200.00 | SAL MARVIN STREMMEL | Sent to State on Ck 687048 10/24/17 |
| 666168 | $ 200.00 | PARKER LEE SHELTON | Sent to State on Ck 687048 10/24/17 |
| 666176 | $ 200.00 | BRANDON CHRISTOPHER BAYES | Sent to State on Ck 687048 10/24/17 |
| 666181 | $ 200.00 | LOU DOMINICK KITRUSH | Sent to State on Ck 687048 10/24/17 |
| 666189 | $ 200.00 | NATHAN THOMAS STURGES | Sent to State Ck#681864 3/29/17 |

EX. C

PAYMENTS GARNISHED BY STATE SUPPORT OFFICE

| # | Amount | Name | Status |
|---|---|---|---|
| 666191 | $ 200.00 | ZACHARY RAY MADDEX | Sent to State Ck#681864 3/29/17 |
| 666198 | $ 200.00 | ALASTAIR CORDELL STEPHENS | Sent to State on Ck 687048 10/24/17 |
| 666206 | $ 200.00 | JAMAR DEWAYNE TOTTEN | Sent to State on Ck 687048 10/24/17 |
| 666208 | $ 200.00 | DONSIA LAMONT KIZER | Sent to State on Ck 687048 10/24/17 |
| 666218 | $ 200.00 | RICKY ALLAN MCMAHAN | Sent to State Check#681864 3/29/17 |
| 666219 | $ 200.00 | KRISTOPHER LEE DEAN | Sent to State Check#681864 3/29/17 |
| 666224 | $ 200.00 | CLINTON JEARL RICE | Sent to State on Ck 687048 10/24/17 |
| 666231 | $ 200.00 | ANTHONY MICHAEL KNITTLE | Sent to State Ck#681864 3/29/17 |
| 666262 | $ 360.00 | MICHAEL VINCENT BURKE | Sent to State Check #681864 3/29/17 |
| 666271 | $ 360.00 | SHUNTRELL DEMONT MILTON | Sent to State on Ck 687048 10/24/17 |
| 666284 | $ 360.00 | ADRIAN L BRUNER | Sent to State Check#681864 3/29/17 |
| 666285 | $ 360.00 | SCOTT KEITH SHAW | Sent to State Ck#681864 3/29/17 |
| 666296 | $ 360.00 | RONALD LANE BAILEY | Sent to State on Ck 687048 10/24/17 |
| 666308 | $ 360.00 | FREDDIE LEON HOLLOWAY | Sent to State Ck#681864 3/29/17 |
| 666313 | $ 360.00 | SHAUN TERRELL ANTHONY | Sent to State Check#681864 3/29/17 |
| 666357 | $ 360.00 | ERIC AARON BROWN | Sent to State on Ck 687048 10/24/17 |
| 666358 | $ 360.00 | AARON ARTEZ BELTON | Sent to State on Ck 687048 10/24/17 |
| 666362 | $ 720.00 | PAUL DEWAYNE PERONA | Sent to State Ck#681864 3/29/17 |
| 666372 | $ 360.00 | RODNEY TYRONE WILLIAMS | Sent to State on Ck 687048 10/24/17 |
| 666379 | $ 360.00 | HILLARY SUZANNE BILLINGSLEY | Sent to State Check#681864 3/29/17 (Donalds |
| 666382 | $ 360.00 | MICHAEL ANDREW BANKS | Sent to State on Ck 687048 10/24/17 |
| 666393 | $ 360.00 | MARK LYLE PERKINS | Sent to State Ck#681864 3/29/17 |
| 666405 | $ 360.00 | BRANDON MICHAEL SPRINKLE | Sent to State on Ck 687048 10/24/17 |
| 666415 | $ 360.00 | CHRISTOPHER LEE BRACKNELL | Sent to State on Ck 687048 10/24/17 |
| 666416 | $ 360.00 | BRADFORD LEWIS FIRRIE | Sent to State Check#681864 3/29/17 |
| 666417 | $ 360.00 | STEVEN WILLIAM KING | Sent to State Ck#681864 3/29/17 |
| 666425 | $ 360.00 | ANDREW RYAN PEGAN | Sent to State on Ck 687048 10/24/17 |
| 666439 | $ 360.00 | RANDY LEE WHITACRE | Sent to State on Ck 687048 10/24/17 |
| 666453 | $ 360.00 | EARL RICHARD | Sent to State on Ck 687048 10/24/17 |
| 666461 | $ 360.00 | CALVIN LEVONN ONEAL | Sent to State Ck#681864 3/29/17 |
| 666493 | $ 360.00 | RANDALL RAYMOND LOWERY | Sent to State on Ck 687048 10/24/17 |
| 666514 | $ 360.00 | MELVIN WOODS | Sent to State Ck#681864 3/29/17 |
| 666516 | $ 360.00 | MARQUISE TERRALL HOLMES | Sent to State on Ck 687048 10/24/17 |
| 666518 | $ 360.00 | PATRICK ANTHONY TRIPP | Sent to State Ck#681864 3/29/17 |
| 666530 | $ 360.00 | MICHAEL LAQUAN FRISON | Sent to State Check#681864 3/29/17 |
| 666532 | $ 360.00 | ANTONIO EUGENE TUCKER | Sent to State Check#681864 3/29/17 |
| 666546 | $ 360.00 | JORGE BRITO MOREIDA | Sent to State on Ck 687048 10/24/17 |
| 666559 | $ 360.00 | BRANDON DOUGLAS KUNKEL | Sent to State on Ck 687048 10/24/17 |
| 666574 | $ 600.00 | ALEJANDRO VALLE | Sent to State on Ck 687048 10/24/17 |
| 666578 | $ 600.00 | MAURICE ERIC CRAWFORD | Sent to State on Ck 687048 10/24/17 |
| 666579 | $ 600.00 | LEON ROSS | Sent to State on Ck 687048 10/24/17 |
| 666582 | $ 600.00 | CLEMMIE LEE TRIGG | Sent to State Ck#681864 3/29/17 |
| 666585 | $ 600.00 | JERRY LEWIS BIBBS | Sent to State on Ck 687048 10/24/17 |
| 666630 | $ 600.00 | LOUIS ROMONE LAWSON | Sent to State on Ck 687048 10/24/17 |
| 666645 | $ 600.00 | STANLEY LORENZO FARR | Sent to State on Ck 687048 10/24/17 |
| 666650 | $ 600.00 | MATTHEW LESTER VANSCHOICK | Sent to State Ck#681864 3/29/17 |
| 666678 | $ 600.00 | SYBRON LAVELLE PINKSTON | Sent to State Ck#681864 3/29/17 |
| 666680 | $ 600.00 | TUARIKUS T NARD | Sent to State Ck#681864 3/29/17 |
| 666685 | $ 600.00 | MARVIN LEON BENNETT | Sent to State Check#681864 3/29/17 |
| 666688 | $ 600.00 | JAMIE DONTE BURTON | Sent to State on Ck 687048 10/24/17 |
| 666700 | $ 840.00 | NICHOLAS ROY COX | Sent to State on Ck 687048 10/24/17 |
| 666737 | $ 840.00 | DERRICK ALLEN EDWARDS | Sent to State on Ck 687048 10/24/17 |

| PAYMENTS GARNISHED BY STATE SUPPORT OFFSET | | | |
|---|---|---|---|
| 666749 | $ 840.00 | ROOSEVELT H COLEMAN | Sent to State on Ck 687048 10/24/17 |
| 666774 | $ 1,100.00 | BOBBY TOTTEN WHITE | Sent to State on Ck 687048 10/24/17 |
| 666775 | $ 1,100.00 | WESLEY LANEIL RUFFIN | Sent to State on Ck 687048 10/24/17 |